UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-00888 PSG (RNB) | Date | January 13, 2014 |
|---|---|---|---|
| Title | *Life is Now, Inc. v. Fundacion Private Whois* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** **(In Chambers)**: Order to Show Cause Why Defendant Fundacion Private Whois Should Not Be Dismissed Under Federal Rule of Civil Procedure 4(m)

The Court's Standing Order provides:

> The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rules. Any Defendant(s) not timely served shall be dismissed from the action without prejudice. Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1. Plaintiff named Fundacion Private Whois, a Panamanian business entity, as the sole Defendant in this action ("Defendant"). Dkt. # 1. To date, Plaintiff has not filed adequate proof of service as to Defendant. As the Court explained in its October 7, 2013 Order denying Plaintiff's request for entry of default, Plaintiff has not complied with Rule 4(f) of the Federal Rules of Civil Procedure, which details the requirements of service upon an foreign entity. *See* Fed. R. Civ. P. 4(f). The 120-day period to serve Defendant expired on June 7, 2013. Accordingly, Plaintiff is ordered to show cause no later than **January 24, 2014** why Defendant should not be dismissed pursuant to Rule 4(m). Failure to respond to this Order to Show Cause by **January 24, 2014** may result in the dismissal of Defendant and this action in its entirety.

**IT IS SO ORDERED.**