SEPEHR DAGHIGHIAN, State Bar No. 239349
NATHAN TALEI, State Bar No.: 281498
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:  (310) 887-1333
Facsimile:   (310) 887-1334
E-mail:       sepehr@daghighian.com
                   nathan@daghighian.com

Attorneys for Plaintiff:
**LIFE IS NOW, INC., an Illinois Corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE IS NOW, INC., an Illinois Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FUNDACION PRIVATE WHOIS, a business entity, form unknown; and John Does 1 to 10 inclusive.<br><br>　　　　　Defendants. | Case No.  <u>CV 13-00888 PSG (PNB)</u><br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: February 7, 2013 |

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff, LIFE IS NOW, INC., an Illinois Corporation ("LIN" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants FUNDACION PRIVATE WHOIS, a business entity, form unknown, and John Does 1 to 10 (collectively, "Defendants").

Federal Rule of Civil Procedure 41(a)(1) provides, in pertinent part: "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statues, the plaintiff may dismiss an action without a court order by filing: i. A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for Summary Judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Plaintiff, thus, dismisses all claims in this action with prejudice as to all Defendants.

Dated: <u>January 16, 2014</u>

                                        Respectfully submitted,
                                        **LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

                                        _____
                                        SEPEHR DAGHIGHIAN, ESQ.
                                        Attorney for Plaintiff: LIFE IS NOW, INC.

**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**